**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2373

LINDA G. MORRIS,

Plaintiff - Appellant,

versus

SECRETARY, DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Richard D. Bennett, District Judge. (CA-
03-2856-RDB)

Submitted:  May 31, 2005          Decided:  June 20, 2005

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John H. Morris, Jr., Baltimore, Maryland, for Appellant.  Allen F.
Loucks, United States Attorney, John W. Sippel, Jr., Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Linda G. Morris appeals the district court's order granting summary judgment to the Defendant in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Morris v. Secretary, HHS, No. CA-03-2856-RDB (D. Md. Sept. 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED